NEVINS *v.* BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF ST. JOSEPH ET AL.

[No. 26,484. Filed October 8, 1936.]

*Lewis W. Hammond, Walter R. Arnold* and *Herbert J. Patrick,*
for appellant.

*William E. Voor* and *William J. Reed,* for appellees.

PER CURIAM—Appellant brought this action for salary due him
as clerk of the St. Joseph Circuit Court for the years 1930, 1931, and
1932. From the judgment against him he has perfected this appeal.
The questions presented are substantially identical with those in
*Crowe* v. *Board of Com'rs of St. Joseph County et al.* (1936), *ante*
404, 3 N. E. (2d) 76, and upon authority of that case the judg-
ment is reversed, with instructions to overrule the demurrer, which
challenges the complaint for insufficiency of facts, and for further
proceedings not inconsistent with that opinion.